

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00137-CV

**IN RE TRAVELERS INDEMNITY COMPANY OF AMERICA**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on April 28, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI23861, styled *Alpizar v. Travelers Indemnity Insurance Company of America*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.